

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00344-CR

Luis Carlos **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR6587
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: June 7, 2023

APPEAL DISMISSED

On May 23, 2023, appellant filed a pro se "Motion to End Appeal" in which he stated his desire to "continue with his appointed sentence of 7yrs TDCJ." Appellant signed his motion. *See* TEX. R. APP. P. 42.2(a) (requiring appellant and his or her attorney to sign the written motion to dismiss). The next day, appointed appellate counsel filed a "Motion to Dismiss Appeal" in which he "advocates for [his] client's wishes." *Id.* Both motions are granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish